**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 09-30140 & 09-30141 |
| Plaintiff - Appellee, | D.C. Nos. 3:08-CR-00529-JAR |
| v. | 3:99-CR-00122-JAR |
| DEAN JOHN PERRI, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
James A. Redden, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

   In these consolidated appeals, Dean John Perri appeals from the consecutive

three-month sentences imposed upon revocation of supervised release.  We have

jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NC/Research

Perri contends that the sentence is unreasonable because the district court failed to consider all of the factors under 18 U.S.C. § 3583(e), impermissibly relied upon factors omitted from § 3583(e), and placed undue weight on his criminal history.  The record reflects that the district court did not improperly rely upon factors omitted under § 3583(e), considered the appropriate sentencing factors, and that the sentence below the guidelines range is substantively reasonable.  *See United States v. Miqbel*, 444 F.3d 1173, 1176, 1181-82 (9th Cir. 2006) (stating that sentences imposed upon supervised release are reviewed for reasonableness and discussing the factors a district court may consider upon imposition of such sentence).

**AFFIRMED.**